**2008–0555. State v. Taylor.**
Scioto App. No. 07CA3147, 2007-Ohio-7174. On motion for leave to file delayed appeal. Motion denied. PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2008–0556. State v. Kelly.**
Cuyahoga App. No. 89393, 2007-Ohio-6838. On motion for leave to file delayed appeal. Motion denied. PFEIFER and LANZINGER, JJ., dissent.

**2008–0580. State v. Sharp.**
Cuyahoga App. No. 89295, 2007-Ohio-6324. On motion for leave to file delayed appeal. Motion denied. PFEIFER, J., dissents.

**2008–0588. State v. Richardson.**
Lucas App. No. L–06–1038, 2007-Ohio-204. On motion for leave to file delayed appeal. Motion denied. PFEIFER, J., dissents.

## APPEALS ACCEPTED FOR REVIEW

**2007–2295. State v. Hoover.**
Union App. No. 14–07–11, 173 Ohio App.3d 487, 2007-Ohio-5773. Discretionary appeal accepted. PFEIFER and O'DONNELL, JJ., dissent.
Discretionary cross-appeal accepted.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2008–0128. Lima v. State.**
Allen App. No. 1–07–21, 2007-Ohio-6419. Discretionary appeal accepted. Oral argument in this case shall be held on the same day as oral argument in 2008–0418, *State v. Akron,* Summit App. No. 23660, 2008-Ohio-38.

**2008–0170. Minno v. Pro–Fab.**
Trumbull App. No. 2007–T–0021, 2007-Ohio-6565. Discretionary appeal accepted on Proposition of Law No. I.
LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., would also accept the appeal on Proposition of Law No. II.
PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0190. State v. Bowsher.**
Union App. No. 14–07–32. Discretionary appeal accepted; cause held for the decision in 2007–2182, *State v. Goldsberry,* Union App. No. 14–07–06, 2007-Ohio-5493; and briefing schedule stayed.

**2008–0200. Olympic Holding Co., L.L.C. v. ACE Ltd.**
Franklin App. No. 07AP–168, 2007-Ohio-6643. Discretionary appeal accepted.
PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.
Motion for admission pro hac vice of Frederick R. Kessler and William A. Maher by Kathleen M. Trafford granted.

**2008–0228. State v. Murray.**
Lake App. No. 2007–L–098, 2007-Ohio-6733. Discretionary appeal accepted; cause held for the decision in 2007–1703, *State v. Kalish,* Lake App. No. 2006–L–093, 2007-Ohio-3850.
PFEIFER, J., dissents.

**2008–0418. State v. Akron.**
Summit App. No. 23660, 2008-Ohio-38. Discretionary appeals accepted. Motion to consolidate denied. Oral argument in this case shall be held on the same day as oral argument in 2008–0128, *Lima v. State,* Allen App. No. 1–07–21, 2007-Ohio-6419.